District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKHVINDER SINGH,<br><br>        Plaintiff,<br><br>  v.<br><br>UR M. JADDOU, *et al.*,<br><br>        Defendants. | Case No. 3:24-cv-05755-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>November 12, 2024 |

  Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 14, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate his Forms I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on November 12, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 14, 2025.

  Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05755-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4      With additional time, this case may be resolved without the need of further judicial
5  intervention. USCIS has scheduled Plaintiff's asylum interview for January 14, 2025. USCIS
6  agrees to diligently work towards completing the adjudication within 120 days of the interview,
7  absent unforeseen or exceptional circumstances that would require additional time
8  for adjudication. If the adjudication is not completed within that time, USCIS will provide a
9  status report to the Court.
10     Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to
11 ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to
12 the interview may require the interview to be rescheduled and the adjudication delayed.
13 If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to
14 be rescheduled and the adjudication delayed. After the interview, USCIS will need time
15 to adjudicate Plaintiff's asylum application. Once the application is adjudicated, Plaintiff
16 will dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to
17 conduct Plaintiff's asylum interview and then process his asylum application.
18     As additional time is necessary for this to occur, the parties request that the Court hold
19 the case in abeyance until May 14, 2025. The parties will submit a joint status report on
20 or before May 14, 2025.
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05755-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

| | |
|---|---|
| Dated: November 7, 2024 | Respectfully submitted,<br><br>TESSA M. GORMAN<br>United States Attorney<br><br>*s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 206-428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants*<br><br>***I certify that this memorandum contains 396 words, in compliance with the Local Civil Rules.***<br><br>*[signature]*<br>LAKHVINDER SINGH<br>11116 125TH Street Ct E<br>Puyallup, Washington 98374<br>Phone: 425-524-3448<br>Email: gtstruckingllc1984@gmail.om<br>*Pro Se Plaintiff* |

STIPULATED MOTION FOR ABEYANCE - 3
No. 3:24-cv-5755-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Lakhvinder Singh¸ *Pro Se Plaintiff*
11116 125th Street Ct E
Puyallup, WA 98374

DATED this 12th day of November, 2024.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05755-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until May 14, 2025.  The parties shall submit a joint status report on or before May 14, 2025.  It is so **ORDERED**.

DATED this 12th day of November, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05755-TL] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800