District Judge Tan Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAKHVINDER SINGH, | Case No. 3:24-cv-05755-TL |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER |
| v. | |
| UR M. JADDOU, *et al.*, | Noted for Consideration: April 22, 2025 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Pro Se Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05755-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 22nd day of April, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

| *s/ Michelle R. Lambert* | *s/ Lakhvinder Singh* |
|---|---|
| MICHELLE R. LAMBERT, NYS #4666657 | LAKHVINDER SINGH |
| Assistant United States Attorney | 11116 125TH Street Ct E |
| United States Attorney's Office | Puyallup, Washington 98374 |
| Western District of Washington | Phone: 425-524-3448 |
| 1201 Pacific Avenue, Suite 700 | Email: gtstruckingllc1984@gmail.om |
| Tacoma, Washington 98402 | |
| Phone: (206) 553-7970 | *Pro Se Plaintiff* |
| Fax:   (206) 553-4067 | |
| Email: michelle.lambert@usdoj.gov | |

*Attorneys for Defendants*

*I certify that this memorandum contains 80 words, in compliance with the Local Civil Rules.*

**[PROPOSED] ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 23rd day of April, 2025.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05755-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Lakhvinder Singh, *Pro Se* Plaintiff
11116 125th Street Ct E
Puyallup, WA 98374

DATED this 22nd day of April, 2025.

*s/ Stephanie Huerta-Ramirez*
STEPHANIE HUERTA-RAMIREZ, Legal Assistant
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone:  (206) 553-7970
Fax:     (206) 553-4073
Email:   Stephanie.Huerta-Ramirez@usdoj.gov

STIPULATED MOTION TO DISMISS
[Case No. 3:24-cv-05755-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800